United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SAHIL KUMAR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-0984** |
| | § | |
| **PAUL MCBRIDE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

## ORDER

The Court requires additional information concerning the petition and the Government's response and motion for summary judgment by March 2, 2026. Each Party should file a brief discussing how procedural due process, as set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976), applies to Petitioner's detention. Parties may also raise any additional arguments they wish the Court to consider. Briefs are not to exceed five pages.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of February, 2026.

Keith P. Ellison
United States District Judge